IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| GUILLERMO CUERO CUERO, | ) |
| Petitioner, | ) |
| v. | ) CV 322-152 |
| WARDEN, USP ATLANTA, | ) |
| Respondent. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 12.) Petitioner also belatedly filed a brief in opposition to the motion to dismiss. (See doc. no. 11.) Nothing in either filing undermines the conclusion that the motion to dismiss should be granted because Petitioner failed to exhaust his administrative remedies. Accordingly, the Court **OVERRULES** the objections and **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **GRANTS** the motion to dismiss, (doc. no. 5), **DISMISSES** without prejudice the petition filed pursuant to 28 U.S.C. § 2241, **CLOSES** this civil action, and **DIRECTS** the **CLERK** to enter an appropriate judgment of dismissal.

SO ORDERED this 13th day of January, 2023, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE